UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

    UNITED STATES OF AMERICA,

                -against-

                                      Defendant(s).

-------------------------------------------------------------------X

                **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

                -CR-   ( )( )

Defendant _____ hereby voluntarily consents to participate in the following proceeding via ___ videoconferencing or ___ teleconferencing:

___   Initial Appearance Before a Judicial Officer

___   Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

___   Bail/Detention Hearing

___   Conference Before a Judicial Officer

/s/Youming Chen
_____
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

_____
Print Defendant's Name

_____
Defendant's Counsel's Signature

_____
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

October 22, 2020
_____
Date

_____
JAMES L. COTT
United States Magistrate Judge